UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 BENJAMIN RICHARD GREENE,
D-2 KEVIN JOSEPH PRIMEL JR.,
D-3 KRISTEN ELIZABETH KOGELMAN,
D-4 SHANA LEE MESSICK, and
D-5 MARLON ANTHONY BOWEN,

Defendants.

Case:4:21-cr-20652
Judge: Leitman, Matthew F.
MJ: Ivy, Curtis
Filed: 10-20-2021 At 03:45 PM
INDI USA v GREENE, et al (sk)

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE
**Conspiracy to Possess Stolen Firearms**
**(18 U.S.C. §§ 371 and 922(j))**

1. Beginning on or about September 26, 2021, and continuing until on or about September 27, 2021, in the Eastern District of Michigan, BENJAMIN RICHARD GREENE, KEVIN JOSEPH PRIMEL JR., KRISTEN ELIZABETH KOGELMAN, SHANA LEE MESSICK, and MARLON ANTHONY BOWEN, knowingly combined, conspired, confederated, and agreed together and with each

1

other, and with other persons known and unknown to the grand jury, to possess, conceal, store, and dispose of stolen firearms, which had been shipped or transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Section 922(j).

## Object of the Conspiracy

2.  The object of the conspiracy was to obtain firearms and then to conceal, store, and dispose of said firearms.

## Manner and Means of the Conspiracy

3.  It was part of the conspiracy that members of the conspiracy would act in concert in carrying out their criminal acts.

4.  It was further part of the conspiracy that members of the conspiracy would burglarize a storage facility in Mount Morris Township, Michigan where they stole numerous firearms.

5.  It was further part of the conspiracy that members of the conspiracy would use vehicles to plan and carry out the theft, transportation, and storage of the stolen firearms.

## Overt Acts of the Conspiracy

7.  In furtherance of the conspiracy, and to affect the objects thereof, BENJAMIN RICHARD GREENE, KEVIN JOSEPH PRIMEL JR., KRISTEN

2

ELIZABETH KOGELMAN, SHANA LEE MESSICK, and MARLON ANTHONY BOWEN committed the following overt acts, among others, in the Eastern District of Michigan:

    a.    Sometime in the late hours of September 26, 2021 and the early morning hours of September 27, 2021, BENJAMIN RICHARD GREENE, KEVIN JOSEPH PRIMEL JR., KRISTEN ELIZABETH KOGELMAN, SHANA LEE MESSICK, and MARLON ANTHONY BOWEN travelled in three vehicles to a storage facility located at 4170 Commerce Drive in Mount Morris Township, Michigan.

    b.    On or about September 27, 2021, BENJAMIN RICHARD GREENE, KEVIN JOSEPH PRIMEL JR., KRISTEN ELIZABETH KOGELMAN, SHANA LEE MESSICK, and MARLON ANTHONY BOWEN burglarized the storage facility.

    c.    On or about September 27, 2021, BENJAMIN RICHARD GREENE, KEVIN JOSEPH PRIMEL JR., KRISTEN ELIZABETH KOGELMAN, SHANA LEE MESSICK, and MARLON ANTHONY BOWEN discovered numerous firearms in one of the burglarized storage lockers.

  d. On or about September 27, 2021, BENJAMIN RICHARD GREENE, KEVIN JOSEPH PRIMEL JR., KRISTEN ELIZABETH KOGELMAN, SHANA LEE MESSICK, and MARLON ANTHONY BOWEN loaded the stolen firearms into the three vehicles.

  e. On or about September 27, 2021, BENJAMIN RICHARD GREENE, KEVIN JOSEPH PRIMEL JR., KRISTEN ELIZABETH KOGELMAN, SHANA LEE MESSICK, and MARLON ANTHONY BOWEN transported the stolen firearms to various locations where they were concealed, stored, and disposed of.

All in violation of 18 U.S.C. §§ 371 and 922(j).

## COUNT TWO
### Possession of Stolen Firearms
### (18 U.S.C. §§ 922(j) and 2)

On or about September 27, 2021, in the Eastern District of Michigan, BENJAMIN RICHARD GREENE, KEVIN JOSEPH PRIMEL JR., KRISTEN ELIZABETH KOGELMAN, SHANA LEE MESSICK, and MARLON ANTHONY BOWEN, aided and abetted by each other, knowingly possessed, received, concealed, stored, and disposed of stolen firearms, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Section 922(j).

4

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendants of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

Dated: October 20, 2021          s/GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney


s/TIMOTHY M. TURKELSON              s/ANTHONY P. VANCE
TIMOTHY M. TURKELSON (P53748)       ANTHONY P. VANCE (P61148)
Assistant United States Attorney    Assistant United States Attorney
600 Church Street, Suite 210        Chief, Branch Offices
Flint, MI 48502
Telephone number: (810) 766-5177
Timothy.turkelson@usdoj.gov

Case: 4:21-cr-20652
Judge: Leitman, Matthew F.
MJ: Ivy, Curtis
Filed: 10-20-2021 At 03:45 PM
INDI USA v GREENE, et al (sk)

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co**(ver) |
|---|---|

**Companion Case information MUST be completed by A**(USA)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information**<br>This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Companion Case Number:**<br>**Judge Assigned:** |
|---|---|
| ☐ Yes  ☑ No | AUSA's Initials: TT |

Case Title: USA v. BENJAMIN RICHARD GREENE, ET. AL.

County where offense occurred: Genesee

Check One:   ☑ Felony   ☐ Misdemeanor   ☐ Petty

   X Indictment/____Information --- no prior complaint.
   ____Indictment/____Information --- based upon prior complaint [Case number: _____]
   ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 20, 2021
Date

s/TIMOTHY TURKELSON
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013